AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| JOHN UNDERWOOD, on behalf of himself and all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> FUTURE INCOME PAYMENTS, LLC; PENSIONS, ANNUITIES AND SETTLEMENTS, LLC; CASH FLOW INVESTMENTS PARTNERS, LLC; AND SCOTT A. KOHN, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:17-cv-01570-DOC (DFMx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SCOTT A. KOHN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Jeffrey R. Krinsk, Esq.
   Trenton R. Kashima, Esq.
   550 West C Street, Ste. 1760
   San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 12, 2017            /s/ E. Liberato
                                    *Signature of Clerk or Deputy Clerk*

JEFFREY R. KRINSK, ESQ. (SBN 109234)
FINKELSTEIN & KRINSK, LLP
550 WEST C STREET, SUITE 1760
SAN DIEGO CA 92101
619-238-1333
Attorney for       : JOHN UNDERWOOD, ETC.
Atty. File No.     : 7633.01

UNITED STATES DISTRICT COURT
CENTRAL - SOUTHERN DIVISION JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : JOHN UNDERWOOD, ETC. | Case No.: 17-CV-1570 |
| DEFENDANT | : FUTURE INCOME PAYMENTS, LLC, ET AL. | **PROOF OF SERVICE OF SUMMONS** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the   SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; DECLARATION OF TRENTON R. KASHIMA IN SUPPORT OF PLAINTIFFS' CLASS ACTION COMPLAINT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES

3. a. Party served      : SCOTT A. KOHN
   b. Person served     : KRAIG AIKEN, CHIEF FINANCE OFFICER
                          (CAUC/M/60YO/5FT8IN/170LBS/BROWN/BROWN)

4. Address where the party was served   18300 VON KARMAN AVENUE   SUITE 410
                                         IRVINE, CA  92612   (Business)

5. I served the party
   b. **by substituted service.** On September 22, 2017 at 04:55 PM I left the documents listed in item 2 with or in the presence of   KRAIG AIKEN, CHIEF FINANCE OFFICER, CAUC/M/60YO/5FT8IN/170LBS/BROWN/BROWN
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him or her of the general nature of the papers.
   (4) a **declaration of mailing** is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. DANIEL GONZALES
   b. KNOX ATTORNEY SERVICE
      2250 FOURTH AVENUE
      SAN DIEGO, CA 92101
   c. 619-233-9700

   d. Fee for service: $216.50
   e. I am:
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 4074
         (iii) County: ORANGE, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 29, 2017                    Signature: _____
                                                      DANIEL GONZALES

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)        **PROOF OF SERVICE**           Ref. No. 0749198-02

JEFFREY R. KRINSK, ESQ. (SBN 109234)
FINKELSTEIN & KRINSK, LLP
550 WEST C STREET, SUITE 1760
SAN DIEGO  CA  92101
619-238-1333
Attorney for        : JOHN UNDERWOOD, ETC.
Atty. File No.      : 7633.01

UNITED STATES DISTRICT COURT
CENTRAL - SOUTHERN DIVISION  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  : JOHN UNDERWOOD, ETC. | | Case No.: 17-CV-1570 |
| DEFENDANT : FUTURE INCOME PAYMENTS, LLC, ET AL. | | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 09/18/17:

> SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL
> COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;
> NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;
> DECLARATION OF TRENTON R. KASHIMA IN SUPPORT OF
> PLAINTIFFS' CLASS ACTION COMPLAINT; CERTIFICATION AND
> NOTICE OF INTERESTED PARTIES

After due and diligent effort I have been unable to effect personal service
on the within named party at the following address(es):

Party served     SCOTT A. KOHN

Business     :   3535 EAST COAST HIGHWAY #119, CORONA DEL MAR  CA  92625

Business     :   18300 VON KARMAN AVENUE SUITE 410, IRVINE  CA  92612

Attempts to effect service are as follows:

(SEE ATTACHED STATUS REPORT FOR DUE DILIGENCE)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 29, 2017                      Signature: _____
                                                         DANIEL GONZALES

Jud. Coun. form, rule 2.150 CRC              **DECLARATION RE DILIGENCE**              Ref. No. 0749198-02

# Knox ATTORNEY SERVICE
**SERVICES**
2250 Fourth Avenue, San Diego, CA 92101
Phone: (619) 233-9700    Fax: (619) 685-4294

## STATUS REPORT

September 29, 2017

FINKELSTEIN & KRINSK, LLP
550 WEST C STREET, SUITE 1760
SAN DIEGO, CA 92101
Attention : REBECKA GARCIA
Phone    : 619-238-1333  Fax: 619-238-5425
Email    : rag@classactionlaw.com

**RE KNOX FILE #:** 749198-02          **YOUR FILE#:** 7633.01

CASE NUMBER : 17-CV-1570
CASE NAME   : JOHN UNDERWOOD, ETC. vs.
              FUTURE INCOME PAYMENTS, LLC, ET AL.

SERVICE OF PROCESS - We received the documents below on 09/18/17:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL
COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;
NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;
DECLARATION OF TRENTON R. KASHIMA IN SUPPORT OF
PLAINTIFFS' CLASS ACTION COMPLAINT; CERTIFICATION AND
NOTICE OF INTERESTED PARTIES

for service upon : **SCOTT A. KOHN**
at the following
address(es)      : 3535 EAST COAST HIGHWAY, #119, CORONA DEL MAR, CA 92625 (Bus.)

                   18300 VON KARMAN AVENUE, SUITE 410, IRVINE, CA 92612 (Bus.)

The following is a list of attempts to effectuate service:

| Date | Time | Description |
|---|---|---|
| 09/20/17 | 10:20A | Attempted service at the business, office was vacant (Addr #1) |
| 09/20/17 | 04:50P | Attempted service at business; subject not in per Kraig Aiken, CFO. (Addr #2) |
| 09/21/17 | 04:30P | Attempted service at business; subject not in per "John Doe", front desk (Cauc/M/60yo/5ft8i 170lbs/brown hair). (Addr #2) |
| 09/22/17 | 04:55P | Attempted service-effected substitute service (Addr #2) |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 29, 2017         Signature: _Daniel Gonzales_ (signed)

                                           DANIEL GONZALES

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

JEFFREY R. KRINSK, ESQ. (SBN 109234)
FINKELSTEIN & KRINSK, LLP
550 WEST C STREET, SUITE 1760
SAN DIEGO CA 92101
619-238-1333
Attorney for      : PLAINTIFF
Atty. File No.    : 7633.01

UNITED STATES DISTRICT COURT
CENTRAL - SOUTHERN DIVISION  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : JOHN UNDERWOOD, ETC. | Case No.: 17-CV-1570 |
| DEFENDANT | : FUTURE INCOME PAYMENTS, LLC, ET AL. | **DECLARATION OF MAILING** |

RE:   SCOTT A. KOHN

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action.  My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On September 29, 2017 I mailed the within documents:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL
COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;
NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;
DECLARATION OF TRENTON R. KASHIMA IN SUPPORT OF
PLAINTIFFS' CLASS ACTION COMPLAINT; CERTIFICATION AND
NOTICE OF INTERESTED PARTIES

On the party in said action, by mailing a true copy thereof (by First-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

SCOTT A. KOHN

18300 VON KARMAN AVENUE      SUITE 410
IRVINE, CA  92612

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on _____9-29-17_____ at SAN DIEGO, California.

Signature: _____SALLY N. HOANG_____

**DECLARATION OF MAILING**                                Ref. No. 0749198-02