AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| JOHN UNDERWOOD, on behalf of himself and all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> FUTURE INCOME PAYMENTS, LLC; PENSIONS, ANNUITIES AND SETTLEMENTS, LLC; CASH FLOW INVESTMENTS PARTNERS, LLC; AND SCOTT A. KOHN, <br> *Defendant(s)* | Civil Action No. 8:17-cv-01570-DOC (DFMx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  FUTURE INCOME PAYMENTS, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jeffrey R. Krinsk, Esq.
> Trenton R. Kashima, Esq.
> 550 West C Street, Ste. 1760
> San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 12, 2017

/s/ E. Liberato

*Signature of Clerk or Deputy Clerk*

JEFFREY R. KRINSK, ESQ. (SBN 109234)
FINKELSTEIN & KRINSK, LLP
550 WEST C STREET, SUITE 1760
SAN DIEGO CA 92101
619-238-1333
Attorney for      : JOHN UNDERWOOD, ETC.
Atty. File No.    : 7633.01

UNITED STATES DISTRICT COURT
CENTRAL - SOUTHERN DIVISION  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  : JOHN UNDERWOOD, ETC. | | Case No.: 17-CV-1570 |
| DEFENDANT : FUTURE INCOME PAYMENTS, LLC, ET AL. | | **PROOF OF SERVICE OF SUMMONS** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the   SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; DECLARATION OF TRENTON R. KASHIMA IN SUPPORT OF PLAINTIFFS' CLASS ACTION COMPLAINT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES

3. a. Party served    : FUTURE INCOME PAYMENTS, LLC
                        AUTHORIZED AGENT FOR SERVICE: SCOTT A. KOHN
   b. Person served   :  KRAIG AIKEN (CFO)
                         (CAUC/M/55/5'10/200/BALD/BRN)

4. Address where the party was served    18300 VON KARMAN AVENUE   SUITE 410
                                          IRVINE, CA  92612    (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on  September 20, 2017   (2) at: 04:50 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:      FUTURE INCOME PAYMENTS, LLC
                         AUTHORIZED AGENT FOR SERVICE: SCOTT A. KOHN
      under [xx] CCP 416.10   (corporation)

7. **Person who served papers**
   a. DANIEL GONZALES
   b. KNOX ATTORNEY SERVICE
      2250 FOURTH AVENUE
      SAN DIEGO, CA 92101
   c. 619-233-9700

   d. Fee for service: $195.10
   e. I am:
      (3) a registered California process server
         (i)   an independent contractor
         (ii)  Registration No.: 4074
         (iii) County: ORANGE, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 27, 2017                        Signature: _____
                                                              DANIEL GONZALES

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)      **PROOF OF SERVICE**      Ref. No. 0749198-01