# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| JOHN UNDERWOOD, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>FUTURE INCOME PAYMENTS, LLC; PENSIONS, ANNUITIES AND SETTLEMENTS, LLC; CASH FLOW INVESTMENTS PARTNERS, LLC; AND SCOTT A. KOHN,<br>*Defendant(s)* | Civil Action No. 8:17-cv-01570-DOC (DFMx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CASH FLOW INVESTMENTS PARTNERS, LLC
AUTHORIZED AGENT: AGENTS AND CORPORATIONS, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey R. Krinsk, Esq.
Trenton R. Kashima, Esq.
550 West C Street, Ste. 1760
San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: September 12, 2017      /s/ E. Liberato
                              *Signature of Clerk or Deputy Clerk*



Civil Action No. 17-cv-1570    DOC (DFMx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CASH FLOW INVESTMENTS PARTNERS, LLC AGENT: AGENTS AND CORPORATIONS, INC.

was received by me on *(date)* 9/18/2017 .

☒ I personally served the summons on the individual at *(place)* 1201 ORANGE STREET STE 600 WILMINGTON DE 19801 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Taylor Valentine , who is designated by law to accept service of process on behalf of *(name of organization)* CASH FLOW INVESTMENTS PARTNERS, LLC on *(date)* 09/19/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/21/2017

*Server's signature*

GABRIELLA SACHETTA, SERVER
*Printed name and title*

2250 FOURTH AVENUE SAN DIEGO, CA 92101
*Server's address*

Additional information regarding attempted service, etc: