ISABELLE L. ORD  (BAR NO. 198224)
isabelle.ord@dlapiper.com
JULIA M. BRIGHTON (BAR NO. 280418)
julia.brighton@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

JESSE STEINBACH (BAR NO. 278923)
jesse.steinbach@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Phone: (310) 595-3000
Fax: (310) 595-3300

Christopher Jones (*Pro Hac Vice* application forthcoming)
cjones@wcsr.com
Jonathon D. Townsend  (BAR NO. 293918)
jtownsend@wcsr.com
**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Tel: (919) 755-2112
Fax: (919)755-6772

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN UNDERWOOD, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>v .<br><br>FUTURE INCOME PAYMENTS, LLC; PENSIONS, ANNUITIES AND SETTLEMENTS, LLC; CASH FLOW INVESTMENT PARTNERS, LLC; AND SCOTT A. KOHN,<br><br>                    Defendants | CASE NO.  8:17-cv-01570-DOC-DFM<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

-1-

1

2   Pursuant to Federal Rule of Civil Procedure 7.1, defendants Future Income Payments, LLC, Pensions, Annuities, and Settlements, LLC, and Cash Flow Investment Partners, LLP state that no corporation owns more than 10% of their stock.

3

4

5   Respectfully submitted,

6

7   Dated:  October 9, 2017                    DLA PIPER LLP (US)

8                                              By: */s/ Isabelle L. Ord*_____
9                                                  Isabelle L. Ord

10                                             Attorneys for Defendants
                                               FUTURE INCOME PAYMENTS, LLC,
11                                             PENSIONS, ANNUITIES, AND
                                               SETTLEMENTS, LLC,
12                                             CASH FLOW INVESTMENT
                                               PARTNERS, LLC, AND
13                                             SCOTT A. KOHN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28