NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
ISABELLE L. ORD  (BAR NO. 198224)
isabelle.ord@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel.: (415) 836-2500

ATTORNEY(S) FOR: Defendants Future Income Payments, LLC, Pensions, Annuities, and Settlements, LLC, Cash Flow Investment Partners, LLC, and Scott A. Kohn

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHN UNDERWOOD, on behalf of himself and all others similarly situated,

Plaintiff(s),

v.

FUTURE INCOME PAYMENTS, LLC; PENSIONS, ANNUITIES AND SETTLEMENTS, LLC; CASH FLOW INVESTMENT PARTNERS, LLC; AND SCOTT A. KOHN,

Defendant(s).

CASE NUMBER:
17-cv-01570-DOC-DFM

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for FUTURE INCOME PAYMENTS, LLC, PENSIONS, ANNUITIES, AND SETTLEMENTS, LLC, CASH FLOW INVESTMENT PARTNERS, LLC, AND SCOTT A. KOHN or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| FUTURE INCOME PAYMENTS, LLC | Defendant |
| PENSIONS, ANNUITIES AND SETTLEMENTS, LLC | Defendant |
| CASH FLOW INVESTMENT PARTNERS, LLC | Defendant |
| SCOTT A. KOHN | Defendant |

October 9, 2017
Date

/s/ Isabelle L. Ord
Signature
Isabelle L. Ord

Attorney of record for (or name of party appearing in pro per):
Future Income Payments, LLC, Pensions, Annuities, and Settlements, LLC, Cash Flow Investment Partners, LLC and Scott A. Kohn

CV-30 (05/13)
WEST\278438147.1

**NOTICE OF INTERESTED PARTIES**


American LegalNet, Inc.
www.FormsWorkFlow.com