AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| JOHN UNDERWOOD, on behalf of himself and all others similarly situated, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 8:17-cv-01570-DOC (DFMx) |
| FUTURE INCOME PAYMENTS, LLC; PENSIONS, ANNUITIES AND SETTLEMENTS, LLC; CASH FLOW INVESTMENTS PARTNERS, LLC; AND SCOTT A. KOHN, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SCOTT A. KOHN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jeffrey R. Krinsk, Esq.
> Trenton R. Kashima, Esq.
> 550 West C Street, Ste. 1760
> San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 12, 2017

/s/ E. Liberato

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-1570 -DOC (DFMx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Scott A. Kohn
was received by me on *(date)* 11/10/2017.

☒ I personally served the summons on the individual at *(place)* 8628 Titleist Cir. Las Vegas, NV 89117 on *(date)* 11/29/2017; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/29/17

Michelle J. Peterson
*Server's signature*

MICHELLE J. PETERSON
*Printed name and title*

2251 North Rampart Blvd. #267
Las Vegas, NV - 89128
*Server's address*

Additional information regarding attempted service, etc:

State of Nevada
County of Clark
This instrument was acknowledged before me
11/29/17 by MICHELLE J. PETERSON
*Signature of Notarial Officer*



TYLER HENDERSON
Notary Public - State of Nevada
County of Clark
APPT. NO. 13-10617-1
My App. Expires April 18, 2021