ISABELLE L. ORD (BAR NO. 198224)
isabelle.ord@dlapiper.com
JULIA M. BRIGHTON (BAR NO. 280418)
julia.brighton@dlapiper.com
ANTHONY PORTELLI (BAR NO. 280766)
anthony.portelli@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

CHRISTOPHER JONES (admitted *Pro Hac Vice*)
Chris.jones@wbd-us.com
JOHNNY LOPER (admitted *Pro Hac Vice*)
Johnny.loper@wbd-us.com
JONATHON TOWNSEND (CA Bar No. 293918)
Jonathon.townsend@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Tel: (919) 755-2112
Fax: (919)755-6772

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOHN UNDERWOOD and JOHN DRISCOLL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FUTURE INCOME PAYMENTS, LLC; PENSIONS, ANNUITIES AND SETTLEMENTS, LLC; CASH FLOW INVESTMENT PARTNERS, LLC; AND SCOTT A. KOHN,<br><br>Defendants. | CASE NO. 8:17-cv-01570<br><br>**PROOF OF SERVICE** |

1    I, Travis Jensen, declare as follows.

2    I am a citizen of the United States and employed in San Francisco County,

3    California.  I am over the age of eighteen years and not a party to the within-entitled

4    action.  My business address is DLA Piper LLP (US), 555 Mission Street, Suite

5    2400, San Francisco, California.

6    On June 1, 2018, I served the following documents described as:

7    **ORDER GRANTING REQUEST FOR WITHDRAWAL OF**
8    **COUNSEL AND VACATING JUNE 4, 2018 HEARING [61], [62] and**
     **[67]**
9

10   on the interested parties listed further below as follows:

11   ☒   By placing the document listed above in a sealed Federal Express
12       envelope or package, and affixing a pre-paid Fed Ex air bill, and causing
         the package to be delivered to a Federal Express agent for overnight
13       delivery to the address(es) set forth below.

14   ☐   By placing the document listed above in an envelope addressed to the
15       person(s) at the address(es) listed below and providing them to a
         professional messenger service for personal delivery on this date.
16
17   ☒   By transmitting via electronic mail, based on an agreement of all the
         parties to accept electronic service, the document(s) listed above to the
18       electronic mail address(es) listed below receiving no subsequent electronic
         notification that service had not been successfully transmitted.
19

20   Scott A. Kohn                    *Defendant*
     Future Income Payments, LLC
21   8290 Sahara, Suite #160
     Las Vegas, NV 89117
22

23   I declare under penalty of perjury under the laws of the State of California

24   that the above is true and correct.

25   Executed on this day of June 1, 2018, at San Francisco, California.

26
                                    _____
27                                  Travis Jensen

28