LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

Case: 8:17cv1570  Doc: 73

Scott A Kohn
Future Income Payments LLC
8290 Sahara Suite 160
Las Vegas, NV 89117

FILED
CLERK, U.S. DISTRICT COURT
SEP 11 2018
CENTRAL DISTRICT OF CALIFORNIA
BY  DV  DEPUTY

Returned Mail
SACV 17-1570-DOC-DFM
Docket #73





Case: 8:17cv1570   Doc: 73

Scott A Kohn
Future Income Payments LLC
8290 Sahara  Suite 160
Las Vegas, NV 89117

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<26026049@cacd.uscourts.gov>Subject:Activity in Case 8:17-cv-01570-DOC-DFM John Underwood v. Future Income Payments, LLC et al Deficiency - Default /Default Judgment (CV-52b) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 8/3/2018 at 11:19 AM PDT and filed on 8/3/2018

| | |
|---|---|
| **Case Name:** | John Underwood v. Future Income Payments, LLC et al |
| **Case Number:** | 8:17-cv-01570-DOC-DFM |
| **Filer:** | |
| **Document Number:** | 73 |

**Docket Text:**
**NOTICE OF DEFICIENCY Re: NOTICE OF MOTION AND MOTION for Default Judgment against Defendants Future Income Payments, LLC; Pensions, Annuities and Settlements, LLC; and Scott A. Kohn[70]. The Clerk cannot enter the requested relief as: Amount sought is not for a sum certain or cannot be computed to a sum certain. Motion for default judgment re damages should be filed and set for hearing before the District Judge. (twdb)**

**8:17-cv-01570-DOC-DFM Notice has been electronically mailed to:**
Gabriel Barenfeld     pdavis@nflawfirm.com, ktorres@nflawfirm.com, gbarenfeld@nflawfirm.com
David J Harris     djh@classactionlaw.com
Trenton R Kashima     trk@classactionlaw.com
Jason T Brown     nicholasconlon@jtblawgroup.com, tonyteng@jtblawgroup.com, jtb@ecf.courtdrive.com, jtb@jtblawgroup.com
Jeffrey R Krinsk     rag@classactionlaw.com, smr@classactionlaw.com, mlk@classactionlaw.com, jrk@classactionlaw.com, fk@classactionlaw.com
Nicholas Conlon     nicholasconlon@jtblawgroup.com, bernardo.valdez@jtblawgroup.com
**8:17-cv-01570-DOC-DFM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Future Income Payments, LLC
Scott A Kohn Future Income Payments LLC
8290 Sahara Suite 160
Las Vegas NV 89117

US
Scott A Kohn
Future Income Payments LLC
8290 Sahara Suite 160
Las Vegas NV 89117

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN UNDERWOOD <br><br> Plaintiff(s), <br><br> v. <br><br> FUTURE INCOME PAYMENTS, LLC, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 8:17-cv-01570-DOC-DFM <br><br> **NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of __ for the following reason(s):

- \_ No declaration as required by F.R.Civ.P 55(a)
- \_ No proof of service/waiver of service on file
- \_ The name of the person served does not exactly match the person named in complaint
- \_ Proof of Service is lacking required information
- \_ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- \_ Time to respond has not expired
- \_ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- \_ Request for Entry of Default has been forwarded to the assigned Judge
- \_ Party dismissed from action on
- \_ Case terminated on
- \_ Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- \_ Other:

The Clerk cannot enter the requested **Default Judgment** against  Future Income Payments, LLC., Pensions, Annuities and Settlements, LLC., Scott A. Kohn  for the following reason(s):

- \_ No Entry of Default on file
- \_ No declaration as required by F.R.Civ.P 55(b)
- \_ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- \_ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- \_ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- \_ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- **X** Amount sought is not for a sum certain or cannot be computed to a sum certain
- \_ Attorney Fees sought not in compliance with Local Rule 55-3
- \_ Amount sought for costs is incorrect
- \_ Case terminated on
- \_ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered.**
- **X** Other: Motion for default judgment re damages should be filed and set for hearing before the District Judge

CLERK, U.S. DISTRICT COURT

Date: August 3, 2018          By: /s/ Trina Debose
                              Deputy Clerk

CV-52B(09/12)          NOTICE OF DEFICIENCY – DEFAULT/DEFAULT JUDGMENT

714 338 4568

CV−52B(09/12)         NOTICE OF DEFICIENCY − DEFAULT/DEFAULT JUDGMENT